UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MARY JO CHUDLEY**, | : | Case No. 19-cv-03879-JMY |
| *Plaintiff* | : | |
| v. | : | |
| **CYNTHIA MATOSSIAN, ET AL.**, | : | |
| *Defendants* | : | |

# ORDER

**AND NOW**, this 21st day of November, 2019, upon consideration of Plaintiff's Motion for Default Judgment (ECF No. 5), and all documents submitted in support thereof, it is hereby **ORDERED** that Plaintiff's Motion is **DENIED WITHOUT PREJUDICE.** It is further **ORDERED** that the Clerk's October 2, 2019 Entry of Default is **VACATED**. The Clerk is **DIRECTED** to **TRANSMIT** copies of this Order to Defendants at the following address: 501 Hyde Park, Doylestown, Pennsylvania 18902.

**IT IS SO ORDERED.**

BY THE COURT:

/s/ Judge John Milton Younge
_____
**Judge John Milton Younge**